# EXHIBIT B



SHEfinds / beauty / Every Fashion Girl Is Getting This Haircut This Summer

# Every Fashion Girl Is Getting This Haircut This Summer

**JUSTINE SCHWARTZ**
June 7, 2017



Goldstein notes that the cut looks best on oval face shapes, or "Someone with a stronger jaw line since where this cut falls will draw attention to exactly that."

TAGS: BEAUTY, FASHION, HAIRCUTS, STYLE






**SHOP BUMBLE AND BUMBLE**

MORE BUMBLE AND BUMBLE | 3 of 406 »

Bumble and bumble - Thickening Dryspun Finish, 150ml - Colorless by
**Bumble and Bumble**
Buy Now

Bumble And Bumble Hairdresser'S Invisible Oil Heat/uv Protective Primer by
**Bumble and Bumble**
Buy Now

Bumble And Bumble Thickening Dryspun Finish Dry Spray by
**Bumble and Bumble**
Buy Now

**Popular In the Community** 

THE 2 SECOND TRICK FOR BREAKING IN YOUR NE...

MARIA SHARAPOVA JUST THREW SOME MAJOR...

DOMINO'S JUST MADE THE MOST...

THE ONE EXTR. MENU ITEM YC

 GoldLeaf
17 Sep

 CyanGrapes
13 Sep

 RedProcessor
1d

 Orang
17 Sep

I bought a pair of boots in Rome, Italy ...

Strange that one is releasing a book whil...

Yggjhh fuhfg gfhhc

Hopefully pe know not to

 

Terms · Privacy

Add Spot.IM to your site ·

## Around The Web



**5 Things To Remember When Your Heart Is Broken**
Thezoereport.com



**10 Pumpkin Decorating Ideas You Don't Need a Knife For**
Coupons.com



**The Beauty Staple Bella Hadid Never Travels Without**
Thezoereport.com



**Janet Jackson's Style Has Evolved a Lot Over the Years**
Bravotv.com



**Testing the Magical At-Home Wax Everyone Claims Is Pain-Free**
Bravotv.com



**5 Easy Hairstyles You Can Do in Under 5 Minutes**
Sheknows.com