| | |
|---|---|
| JACKSON LEE | Index #: 1:17-CV-8122 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| WHITE CAT MEDIA, INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 9, 2017 at 01:15 PM at

121 WEST 27TH STREET, # 701
NEW YORK, NY 10001

deponent served the within true copy of the SUMMONS AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET on WHITE CAT MEDIA, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to SAMANTHA SMITH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 30 | 5'5 | 130 |

Sworn to me on: November 9, 2017

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**ANDRE MEISEL**
License #: 1372356

Docket #:    *1049067*