UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEE,

                              Plaintiffs,

- against -                          1:17-cv-8122-JSR

WHITE CAT MEDIA, INC.

                              Defendant.

## **REQUEST FOR ENTRY OF DEFAULT**

Plaintiff, JACKSON LEE ("Plaintiff"), respectfully request that the Clerk of the Court enter the default of the Defendant, WHITE CAT MEDIA, INC. pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate is enclosed herewith).

Date: December 5, 2017
      Valley Stream, New York

                                                              LIEBOWITZ LAW FIRM, PLLC

                                                              /s/Richard Liebowitz
                                                              Richard P. Liebowitz, Esq.
                                                              11 Sunrise Plaza, Suite 305
                                                              Valley Stream, New York 11530
                                                              Tele: 516-233-1660
                                                              RL@LiebowitzLawFirm.com