UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JACKSON LEE,

            *Plaintiff*,

vs.

WHITE CAT MEDIA, INC.

            *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Index No. 17-cv-08122-JSR
: ECF Case
: **NOTICE OF MOTION FOR**
: **DEFAULT JUDGMENT**

    Pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), Plaintiff Jackson Lee hereby moves this Court for default judgment against Defendant White Cat Media, Inc. In furtherance of this motion for default judgment and in accordance with 17 U.S.C. 501, et seq., Plaintiff requests: (1) statutory damages for Defendant's copyright infringement, pursuant to 17 U.S.C. § 504(c); and (2) Plaintiff's reasonable attorney's fees and costs.

    This motion is supported by the attached Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, an Affidavit in Support of Default Judgment, a Proposed Order of Default Judgment, copies of all pleadings, a copy of the affidavit of service of the Summons and Complaint and a Certificate of Default from the Clerk of Court.

Dated: December 11, 2017
      Valley Stream, New York

                                    LIEBOWITZ LAW FIRM, PLLC

                              By: /s/   Richard Liebowitz
                                  Richard Liebowitz
                              11 Sunrise Plaza, Suite 305
                              Valley Stream, New York 11580
                              Telephone: (516) 233-1660
                              RL@LiebowitzLawFirm.com

                              *Attorneys for Plaintiff Jackson Lee*