**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JACKSON LEE,                                          :
                                                      :
                                    *Plaintiff*,      : Index No. 17-cv-08122-JSR
                                                      :
                vs.                                   : ECF Case
                                                      :
WHITE CAT MEDIA, INC.                                 : **PROPOSED ORDER OF**
                                                      : **DEFAULT JUDGMENT**
                                                      :
                                    *Defendant*.      :
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JED S. RAKOFF, United States District Judge, says:

Plaintiff filed the Complaint in this action on October 22, 2017. On November 9, 2017, Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of business located at 121 West 27th Street, #701, New York, New York 10001 where Samantha Smith was authorized to accept process. Pursuant to Fed. R. Civ. P. 12, an answer or a response to the Complaint was due on or before November 30, 2017. Defendant failed to timely answer or otherwise respond to the Complaint and, on December 8, 2017, the Clerk of Court entered a Certificate of Default. On December 11, 2017, Plaintiff filed a Motion for Default Judgment. The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

FURTHER ORDERED that the Defendant violated Sections 106 and 501of the Copyright Act;

FURTHER ORDERED that Defendant shall pay $30,000 in civil penalties for each instance of willful copyright infringement;

FURTHER ORDERED that Defendant shall pay $4,300 in Plaintiff's attorney's fees and costs; and

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated: _____ ___, 2017
New York, New York

_____
Jed S. Rakoff
United States District Judge