# EXHIBIT A

Case 1:17-cv-08122-JSR   Document 14-3   Filed 10/21/17   Page 2 of 2

