UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jackson Lee

                                 Plaintiff(s),

17     Civ.    8122    (jsr)

- against -

**CLERK'S CERTIFICATE
OF DEFAULT**

White Cat Media, Inc.

                                Defendant(s),
-----------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 22, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) White Cat Media, Inc. by personally serving Samantha Smith, general agent authorized to accept process, and *proof of service was therefore filed on* December 5, 2017, *Doc. #(s)* 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      Dec 8, 2017

                                                             RUBY J. KRAJICK
                                                              Clerk of Court

                                                           By: _____
                                                                 Deputy Clerk