UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

JACKSON LEE,                        :

    Plaintiff,                 :

       -v-                     :      17-cv-8122 (JSR)

WHITE CAT MEDIA,                    :      FINAL JUDGMENT

    Defendant.                 :

-----------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 12/13/12

JED S. RAKOFF, U.S.D.J.

This action having been commenced on October 22, 2017, defendant having been served with a copy of the Summons and Complaint on November 9, 2017, proof of service having been filed on December 5, 2017, no defendant having answered the complaint, and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $30,000 as damages for defendant's infringement of plaintiff's trademark in violation of 17 U.S.C. §501 et seq.

    SO ORDERED

Dated:   New York, NY

        December 12, 2017

                               JED S. RAKOFF, U.S.D.J.