AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION  ☐ APPEAL

COURT NAME AND LOCATION
Southern District of New York, 500 Pearl Street, New York, New York 10007

DOCKET NO.: 17-cv-8122
DATE FILED: 10/22/2017

PLAINTIFF: Jackson Lee
DEFENDANT: White Cat Media, Inc.

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2-063-219 | 2017 Photos | Jackson Lee |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

DATE INCLUDED:
INCLUDED BY: ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading

| | REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☐ Judgment | ☐ Yes  ☒ No | 12/12/2017 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | Yadira Fuschillo | 12/13/2017 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JACKSON LEE,                        :
        Plaintiff,                  :
                                    :      17-cv-8122 (JSR)
        -v-                         :
                                    :      FINAL JUDGMENT
WHITE CAT MEDIA,                    :
        Defendant.                  :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/17

JED S. RAKOFF, U.S.D.J.

This action having been commenced on October 22, 2017, defendant having been served with a copy of the Summons and Complaint on November 9, 2017, proof of service having been filed on December 5, 2017, no defendant having answered the complaint, and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $30,000 as damages for defendant's infringement of plaintiff's trademark in violation of 17 U.S.C. §501 et seq.

SO ORDERED

Dated: New York, NY
       December 13, 2017

                                          _____
                                          JED S. RAKOFF, U.S.D.J.