UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKSON LEE<br><br>        Plaintiff,<br><br>v.<br><br>WHITE CAT MEDIA, INC.<br><br>        Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:17-cv-08122-JSR |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jackson Lee hereby gives notice that the case is voluntarily dismissed without prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: __3/7/2018__

*Attorneys for Plaintiff Jackson Lee*

_____