USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKSON LEE

              Plaintiff,

v.

WHITE CAT MEDIA, INC.

              Defendant.

NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))

Case No.: 1:17-cv-08122-JSR

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jackson Lee hereby gives notice that the case is voluntarily dismissed without prejudice.

*Richard Liebowitz*

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 3/7/2018

*Attorneys for Plaintiff Jackson Lee*

SO ORDERED:

_____
U.S.D.J.

3-9-18